# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN FISCHER, | No. 4:18-CV-00455 |
| Plaintiff. | (Judge Brann) |
| v. | |
| CABLE SERVICES COMPANY, INC, | |
| Defendant. | |

## ORDER

### DECEMBER 13, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 12, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Any portions of Plaintiff's federal law-based discrimination claims that are based on independently actionable adverse employment actions that occurred before November 22, 2016 are **DISMISSED WITH PREJUDICE**.

2. Any portions of Plaintiff's state law-based discrimination claims that are based on independently actionable adverse employment actions that occurred before March 22, 2017 are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's gender-based hostile work environment claims are **DISMISSED WITH PREJUDICE**.

4. Counts VI and VII of Plaintiff's Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff's demand for "emotional pain and suffering" damages related to her ADEA claim is **STRICKEN**.

6. The motion is otherwise **DENIED**.

7. Within seven days of the date of this Order, Plaintiff may file a second amended complaint to correct the deficiencies identified in the accompanying Memorandum Opinion. If Plaintiff does not file a second amended complaint, Defendant's answer to Plaintiff's Amended Complaint, ECF No. 10, is due no later than twenty-one days from the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge