# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN FISCHER, | : | Civil No. 4:18-CV-00455 |
| Plaintiff, | : | |
| v. | : | |
| CABLE SERVICES COMPANY, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th, day of October, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment is **GRANTED** in its entirety. (Doc. 34).

2. The Clerk of Court is directed to enter judgment in Defendant's favor and close this case.

                                      s/Jennifer P. Wilson
                                      JENNIFER P. WILSON
                                      United States District Court Judge
                                      Middle District of Pennsylvania